MARTIN S. CUYKENDALL, *as Receiver, etc., Respondent, v.* ORMOND S. GILLIM, *Administrator, etc., Appellant.* — Judgment reversed and new trial ordered, costs to abide event. DWIGHT, J., not sitting.